JUDGE SAND

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :     NOTICE OF INTENT
                                    :     TO FILE INFORMATION
     - v. -                         :     07 Mag. 588
                                    :
GWENDOLYN DOUGLAS,                  :
     a/k/a "Gwen Douglas,"          :     07 CRIM 1006
                                    :
                    Defendant.      :
                                    :
------------------------------------x
```

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October 25, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                      By:  _____
                              CHRISTOPHER LAVIGNE
                              Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____

                              AGREED AND CONSENTED TO:

                    By:  _____
                              W. GEORGE ALLEN
                              Attorney for Gwendolyn Douglas,
                                a/k/a "Gwen Douglas"

10/26/07 Wheel A