```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA,        :     WAIVER OF INDICTMENT
                                 :
        - v -                    :     __ Cr. ____
                                 :
GWENDOLYN DOUGLAS,               :
    a/k/a "Gwen Douglas."        :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 1349; being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

JUDGE SAND

Date: October 30, 2007
      New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 3 0 2007

0202